VIRGINIA ALBIZU, Respondent, v JOSE DUVAL, Appellant.

Submitted May 26, 2009; decided September 1, 2009

Reported below, 57 AD3d 384.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.